# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| DARYL JON GOPPERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:16-cv-02739 |
| ) | Chief Judge Crenshaw |
| NANCY BERRYHILL, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Magistrate Judge has entered a Report and Recommendation (Doc. No. 18) in this social security appeal that recommends Daryl Goppert's Motion for Judgment on the Administrative Record (Doc. No. 11) be granted, and this case be remanded for further proceedings. No objections have been filed.

Having undertaken *de novo* review as required by Rule 72(b) of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition because, in rendering an adverse determination, the Administrative Law Judge failed to comply with applicable Social Security Regulations in numerous respects. Accordingly, the Court rules as follows:

(1) The Report and Recommendation (Doc. No. 18) is **ACCEPTED**;

(2) Goppert's Motion for Judgment on the Administrative Record (Doc. No. 11) is **GRANTED** insofar as he requests a remand;

(3) The final decision of the Commissioner of Social Security denying benefits is **REVERSED**; and

(4) This case is **REMANDED** under sentence four of 42 U.S.C. § 405(g) for a proper consideration of Goppert's claims.

The Clerk of the Court shall enter a final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE